# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| NY/NJ BAYKEEPER, PRINCETON MANOR HOMEOWNERS ASSOCIATION, CENTRAL JERSEY SAFE ENERGY COALITION, FOOD & WATER WATCH, NEW JERSEY LEAGUE OF CONSERVATION VOTERS EDUCATION FUND, and SIERRA CLUB,<br><br>      Petitioners,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION and SHAWN M. LATOURETTE, in his official capacity as Commissioner of the New Jersey Department of Environmental Protection,<br><br>      Respondents. | Case No. _____ |

# PETITION FOR REVIEW

  Pursuant to 15 U.S.C. § 717r(d)(1) of the Natural Gas Act and Rule 15(a) of the Federal Rules of Appellate Procedure, Petitioners NY/NJ Baykeeper, Princeton Manor Homeowners Association, Central Jersey Safe Energy Coalition, Food & Water Watch, New Jersey League of Conservation Voters Education Fund, and

1

Sierra Club (collectively, Petitioners) hereby petition the Court for review of permit number 0000-25-0012.1 LUP250001, issued by the New Jersey Department of Environmental Protection on November 7, 2025 related to the proposal of the Transcontinental Gas Pipe Line Company, LLC to build the Northeast Supply Enhancement project. The permit is attached hereto as <u>Exhibit A</u>.

DATED: November 18, 2025

Respectfully Submitted,

_____
Kaitlin Morrison
Eastern Environmental Law Center
One Gateway Center, Suite 2600
Newark, NJ 07102
973-424-1166
kmorrison@easternenvironmental.org

Christopher Miller
Eastern Environmental Law Center
One Gateway Center, Suite 2600
Newark, NJ 07102
973-424-1461
cmiller@easternenvironmental.org

*Counsel for Petitioners NY/NJ Baykeeper, Princeton Manor Homeowners Association, Central Jersey Safe Energy Coalition, Food & Water Watch, New Jersey League of Conservation Voters Education Fund, and Sierra Club*

**FRAP RULE 26.1 DISCLOSURE STATEMENT**

Petitioner NY/NJ Baykeeper is a nonprofit membership-based organization with a mission to protect, preserve, and restore the ecological integrity and productivity of the NY-NJ Harbor Estuary. NY/NJ Baykeeper has no parent companies, and there are no publicly held companies that have a ten percent or greater ownership interest in NY/NJ Baykeeper.

Petitioner Princeton Manor Homeowners Association is an association with more than 720 residents incorporated under the laws of New Jersey. Princeton Manor Homeowners Association is not publicly traded, does not have any parent companies, and there are no publicly held companies having a ten percent or greater ownership interest in the Association.

Petitioner Central Jersey Safe Energy Coalition is a nonprofit organization incorporated under the laws of New Jersey and based in Princeton, New Jersey. The Coalition is not publicly traded, does not have any parent companies, and there are no publicly held companies having a ten percent or greater ownership interest in the Coalition.

Petitioner Food & Water Watch is a 501(c)(3) nonprofit organization founded in 2005 to ensure access to clean drinking water, safe and sustainable food, and a livable climate. Food & Water Watch has no parent companies, and

there are no publicly held corporations that have a ten percent or greater ownership interest in Food & Water Watch.

Petitioner New Jersey League of Conservation Voters Education Fund is a 501(c)(3) nonprofit committed to safeguarding our natural resources, communities, and families for a sustainable future. New Jersey League of Conservation Voters Education Fund has no parent companies, and there are no publicly held corporations that have a ten percent or greater ownership interest in New Jersey League of Conservation Voters Education Fund.

Petitioner Sierra Club, a corporation organized and existing under the laws of the State of California, is a national nonprofit organization dedicated to the protection and enjoyment of the environment. Sierra Club is a non-governmental corporate party with no parent corporate, and there are no publicly held corporates that have a ten percent or greater ownership in Sierra Club.

DATED: November 18, 2025

Respectfully Submitted,

        /s/ Kaitlin Morrison____
        Kaitlin Morrison
        Eastern Environmental Law Center
        One Gateway Center, Suite 2600
        Newark, NJ 07102
        973-424-1166
        kmorrison@easternenvironmental.org
        *Counsel for Petitioners*

## CERTIFICATE OF SERVICE

In accordance with Federal Rules of Appellate Procedure 15 and 25, the undersigned certifies that on November 18, 2025, a copy of this Petition for Review and Exhibit A was served on the following Respondents via FedEx:

Department of Environmental Protection
401 East State Street
P.O. Box 420
Trenton, NJ 08625-0420

Shawn M. LaTourette, Commissioner
New Jersey Department of Environmental Protection
401 East State Street
P.O. Box 402
Trenton, NJ 08625-0402

A copy of this Petition for Review and Exhibit A was also served on November 18, 2025 via FedEx on Transcontinental Gas Pipe Line Company, LLC at the below address, and no other parties were admitted to participate in the agency proceedings below:

Joseph Dean
Permitting Manager
Transcontinental Gas Pipe Line Company, LLC
2800 Post Oak Boulevard (77056)
P.O. Box 1396
Houston, Texas 77251-1396

DATED: November 18, 2025

Respectfully Submitted,

>/s/ Kaitlin Morrison
Kaitlin Morrison
Eastern Environmental Law Center
One Gateway Center
Newark, NJ 07102
973-424-1166
kmorrison@easternenvironmental.org